IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **JOHN DOE** § | |
| § | |
| **v.** § | |
| § | **CIVIL ACTION NO. 2:21-cv-257** |
| **TEXAS A&M UNIVERSITY-** § | **JURY** |
| **KINGSVILLE & MARK HUSSEY** § | |
| *in his official capacity as President* § | |
| *of* **TEXAS A&M UNIVERSITY-** § | |
| **KINGSVILLE** § | |

## ORDER GRANTING MOTION TO PROCEED UNDER A PSEUDONYM

On this date, came to be heard the Plaintiff's foregoing *Motion to Proceed Under a Pseudonym*. Upon review, the Court finds that disclosure of the identifying information of Plaintiff would cause irreparable harm to Plaintiff, as well as the complainant and other witnesses in the underlying sexual misconduct allegations. The Court finds this is a substantial and serious privacy interest, and it outweighs the presumption of openness in judicial proceedings under Rule 10(a). The Court finds that public revelation of the identities of the parties to the sexual misconduct accusations is not of legitimate interest to the public and would be highly embarrassing and damaging to the parties and witnesses. The Court finds that permitting Plaintiff to proceed anonymously will have no adverse impact on the public, and there is no less restrictive means to protect the privacy interest herein stated.

IT IS THEREFORE ORDERED that Plaintiff's *Motion to Proceed Under a Pseudonym* is, in all things, GRANTED.

Signed this ____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE