United States District Court
Southern District of Texas
**ENTERED**
November 04, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JOHN DOE** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 2:21-cv-257** |
| **TEXAS A&M UNIVERSITY-** | § | **JURY** |
| **KINGSVILLE & MARK HUSSEY** | § | |
| *in his official capacity as President* | § | |
| *of* **TEXAS A&M UNIVERSITY-** | § | |
| **KINGSVILLE** | § | |

## ORDER GRANTING
## PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBITS
## TO PLAINTIFF'S ORIGINAL COMPLAINT

On this date, came to be heard the Plaintiff's foregoing *Plaintiff's Motion to File Under Seal Exhibits to Plaintiff's Original Complaint* [D.E. 6]. Upon review, the Court finds that *Plaintiff's Motion to File Under Seal Exhibits to Plaintiff's Original Complaint* should be granted.

IT IS THEREFORE ORDERED that *Plaintiff's Motion to File Under Seal Exhibits to Plaintiff's Original Complaint* [D.E. 6] is GRANTED and that all exhibits thereto shall be considered a part of *Plaintiff's Original Complaint*, but kept under seal until further order of the Court.

Signed this ___ day of 11/4/2021, 2021.

_____
UNITED STATES DISTRICT JUDGE