IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN DOE, *Plaintiff*, | § § § | |
| v. | § § | |
| TEXAS A&M UNIVERSITY – KINGSVILLE, MARK HUSSEY, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF TEXAS A&M UNIVERSITY - KINGSVILLE *Defendants.* | § § § § § § § § | CIVIL ACTION NO. 2:21-cv-00257 |

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER**

Plaintiff John Doe and Defendants Texas A&M University Kingsville ("TAMUK") and Mark Hussey, in his official capacity as President of Texas A&M University Kingsville ("Official Capacity Defendant") (collectively "Defendants"), jointly move the Court to enter the Confidentiality and Protective Order attached hereto as Exhibit 1 to govern the privacy of Plaintiff Doe, the respondent in a TAMUK investigation into allegations of sexual assault, together with the privacy of third parties, including the (former) student complainant in that investigation and two students who participated as witnesses.

Certain documents, including video footage, the Parties have produced or will produce contain or may contain material of a confidential nature including, but not limited to, personally identifiable information related to participants in TAMUK's investigation into allegations of sexual assault brought by Jane Roe against John Doe, including the

1

complainant, Roe; the respondent, Doe; and two student witness participants in the investigation.

The Parties believe that no less restrictive means than restricting the use and disclosure of these confidential documents and videotape footage will adequately and effectively protect the specific interests asserted.

In support of the Parties' motion for the Protective Order, the Parties respectfully request that the Court find that:

1. The absence of a Protective Order puts the privacy of Plaintiff Doe and third parties, including the complainant in a TAMUK investigation into allegations of sexual assault and two student witnesses in that investigation, at risk; and

2. To protect the respective privacy interests of Plaintiff Doe and of third parties, and to ensure compliance with federal law protecting the identities of complainants, respondents, and student witnesses in university investigations into allegations of sexual assault, the attached Protective Order should be issued by the Court.

WHEREFORE, the Parties respectfully request the entry of the Protective Order attached hereto as Exhibit 1 and pray for such other and further relief as this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| /s/ *Amie Augenstein (signed w permission)* | KEN PAXTON |
| Amie Augenstein | Attorney General of Texas |
| *Attorney-in-Charge for Plaintiff* | |
| Texas Bar No. 2485184 | BRENT WEBSTER |
| Southern District Bar No. 2236723 | First Assistant Attorney General |
| Amie@GaleLawGroup.com | |
| | GRANT DORFMAN |
| | Deputy First Assistant Attorney General |
| /s/*Christopher J. Gale (signed w permission)* | |
| Christopher J. Gale | SHAWN COWLES |
| *Attorney for Plaintiff* | Deputy Attorney General Civil Litigation |
| Texas Bar No. 00793766 | |
| Southern District Bar No. 27257 | THOMAS A. ALBRIGHT |
| Chris@GaleLawGroup.com | Chief – General Litigation Division |

/s/ *Benjamin Lyles*
BENJAMIN STOREY LYLES
Attorney-in-charge
Texas Bar No. 24094808
Southern District ID. 3062156
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2798 PHONE
(512) 320-0667 FAX
Benjamin.Lyles@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager in compliance with Texas Rule of Civil Procedure 21a on this December 17, 2021 to all counsel of record.

>*/s/ Benjamin Lyles*
> BENJAMIN STOREY LYLES
> Assistant Attorney General